WESTFIELD TRUST COMPANY et al., appellants,

*v.*

CHARLES K. BEEKMAN, executor, &c., respondent.

[Decided February 1st, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Fielder, whose opinion is reported in *97 N. J. Eq. 140.*

*Mr. Mark Townsend, Jr.,* for the appellants.

*Messrs. Pitney, Hardin & Skinner,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 13.

*For reversal*—None.